**Melissa L. BURNETT, Appellant,**

v.

**TENET HEALTHSYSTEM HOSPITALS, doing business as Lutheran Medical Center, Inc., Appellee.**

**No. 01–2084.**

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 7, 2001.

Filed Nov. 13, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Melissa L. Burnett appeals the district court's * denial of Burnett's motion to vacate an adverse arbitration award in her employment discrimination lawsuit against

---

* The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

Tenet Healthsystem Hospitals. We grant Burnett's motion to supplement her brief.

Having carefully reviewed the record and the parties' submissions, we conclude the district court properly denied Burnett's motion to vacate for the reasons stated by the court. We decline to address Burnett's constitutional arguments, which she raises for the first time on appeal. *See Liberty State Bank v. Minnesota Life & Health Ins. Guar. Ass'n,* 149 F.3d 832, 834 (8th Cir.1998). Accordingly, we affirm. *See* 8th Cir. R. 47B.